# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: WAGNER, COREEN MARIE | § | Case No. 11-10162 |
| | § | |
| WOMEN, CURVES FOR | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Forrest Allred, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $41,916.00                                    Assets Exempt: $7,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,625.35             Claims Discharged
                                                                                    Without Payment: $99,432.92

Total Expenses of Administration: $1,406.67

---

3) Total gross receipts of $ 4,032.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,032.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $37,451.08 | $9,780.20 | $9,780.20 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,406.67 | 1,406.67 | 1,406.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,342.37 | 27,761.24 | 27,761.24 | 2,625.35 |
| **TOTAL DISBURSEMENTS** | $141,793.45 | $38,948.11 | $38,948.11 | $4,032.02 |

4) This case was originally filed under Chapter 7 on August 12, 2011. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2013          By: /s/Forrest Allred
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 30.00 |
| BANK ACCOUNTS - Turtle Creek FCU | 1129-000 | 5.00 |
| INTERESTS IN INSURANCE POLICIES | 1129-000 | 791.00 |
| ACCRUED WAGES | 1129-000 | 1,272.26 |
| TAX REFUNDS - 2011 prorated | 1224-000 | 1,933.76 |
| **TOTAL GROSS RECEIPTS** | | **$4,032.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aberdeen Federal Credit Union | 4210-000 | 10,901.08 | 9,780.20 | 9,780.20 | 0.00 |
| NOTFILED | Donald Genzler | 4110-000 | 26,550.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$37,451.08** | **$9,780.20** | **$9,780.20** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forrest Allred, Chapter 7 Trustee | 2100-000 | N/A | 1,008.01 | 1,008.01 | 1,008.01 |
| Forrest Allred, Chapter 7 Trustee | 2200-000 | N/A | 7.56 | 7.56 | 7.56 |
| Forrest C. Allred | 3110-000 | N/A | 132.50 | 132.50 | 132.50 |
| Forrest C. Allred | 3120-000 | N/A | 3.60 | 3.60 | 3.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,406.67 | $1,406.67 | $1,406.67 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None |||||||
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC | 7100-000 | 1,396.75 | 1,419.92 | 1,419.92 | 134.29 |
| 3 | NorthWestern Energy | 7100-000 | 1,419.44 | N/A | N/A | 0.00 |
| 4 | Discover Bank | 7100-000 | 7,384.59 | 8,416.87 | 8,416.87 | 795.97 |
| 5 | Communiity Memorial Hospital | 7100-000 | 6.30 | 464.24 | 464.24 | 43.90 |
| 6 | Asset Acceptance LLC | 7100-000 | 1,074.86 | 1,303.19 | 1,303.19 | 123.24 |
| 7 | Asset Acceptance LLC | 7100-000 | 1,268.88 | 491.17 | 491.17 | 46.45 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | 13,975.05 | 10,983.21 | 10,983.21 | 1,038.67 |
| 9 | eCAST Settlement Corporation | 7100-000 | 160.34 | 379.61 | 379.61 | 35.90 |
| 10 | United Accounts, Inc. | 7100-000 | unknown | 1,612.45 | 1,612.45 | 152.49 |
| 11 | PYOD, LLC | 7100-000 | 1,355.09 | 1,369.20 | 1,369.20 | 129.48 |
| 12 | PYOD, LLC | 7100-000 | 1,594.10 | 911.44 | 911.44 | 86.19 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | 409.94 | 409.94 | 409.94 | 38.77 |
| NOTFILED | Menards Retail Services | 7100-000 | 1,082.17 | N/A | N/A | 0.00 |
| NOTFILED | Midcontinent Communication | 7100-000 | 59.46 | N/A | N/A | 0.00 |
| NOTFILED | Gary's OK Tire Center | 7100-000 | 3,648.46 | N/A | N/A | 0.00 |
| NOTFILED | First USA | 7100-000 | 11,679.88 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kokens Computer Service | 7100-000 | 173.27 | N/A | N/A | 0.00 |
| NOTFILED | Klabo, Brown & Co.,LLC | 7100-000 | 395.16 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery Agency | 7100-000 | 44.58 | N/A | N/A | 0.00 |
| NOTFILED | Vision Financial Collection Services Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Retrieval Master Creditors Bureau, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | United Milage Pllus | 7100-000 | 11,252.39 | N/A | N/A | 0.00 |
| NOTFILED | Stamps.Comm | 7100-000 | 31.98 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Payment Remittance Center | 7100-000 | 20,303.65 | N/A | N/A | 0.00 |
| NOTFILED | SESAC, Inc | 7100-000 | 65.72 | N/A | N/A | 0.00 |
| NOTFILED | Redfield Press | 7100-000 | 129.41 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank | 7100-000 | 24.87 | N/A | N/A | 0.00 |
| NOTFILED | Robert Patterson, Ed.D.,LP | 7100-000 | 3.00 | N/A | N/A | 0.00 |
| NOTFILED | Diabetes & Endocrinology Clinic C/O Hauge And | 7100-000 | 14.60 | N/A | N/A | 0.00 |
| NOTFILED | Sanford Health | 7100-000 | 7.52 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 9,996.25 | N/A | N/A | 0.00 |
| NOTFILED | American Coradius International LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Commercial Collection Service | 7100-000 | 67.03 | N/A | N/A | 0.00 |
| NOTFILED | City Of Redfield | 7100-000 | 80.25 | N/A | N/A | 0.00 |
| NOTFILED | Avera St. Lukes | 7100-000 | 7,492.07 | N/A | N/A | 0.00 |
| NOTFILED | Alltel | 7100-000 | 911.44 | N/A | N/A | 0.00 |
| NOTFILED | Academy Collections Service, Inc. | 7100-000 | 6,494.87 | N/A | N/A | 0.00 |
| NOTFILED | Aberdeen Psychiatric Associate | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance One | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $104,342.37 | $27,761.24 | $27,761.24 | $2,625.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-10162  **Trustee:** (610080) Forrest Allred, Chapter 7 Trustee
**Case Name:** WAGNER, COREEN MARIE  **Filed (f) or Converted (c):** 08/12/11 (f)
**§341(a) Meeting Date:** 09/20/11
**Period Ending:** 07/31/13  **Claims Bar Date:** 07/12/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY | 29,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 30.00 | 30.00 | | 30.00 | FA |
| 3 | BANK ACCOUNTS - Turtle Creek FCU | 55.00 | 5.00 | | 5.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,706.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, ART, COLLECTABLES | 45.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 7 | FURS & JEWELRY | 40.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 2,000.00 | 791.00 | | 791.00 | FA |
| 9 | AUTOMOBILES - 2005 Toyota Corolla | 9,325.00 | 0.00 | | 0.00 | FA |
| 10 | ACCRUED WAGES | 833.00 | 1,272.26 | | 1,272.26 | FA |
| 11 | TAX REFUNDS - 2011 prorated (u) | 0.00 | 1,933.76 | | 1,933.76 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$44,834.00** | **$4,032.02** | | **$4,032.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 12, 2012        **Current Projected Date Of Final Report (TFR):**   April 25, 2013  (Actual)

Printed: 07/31/2013 04:01 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-10162  
**Case Name:** WAGNER, COREEN MARIE  

**Taxpayer ID #:** **-***2744  
**Period Ending:** 07/31/13  

**Trustee:** Forrest Allred, Chapter 7 Trustee (610080)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Checking Account  
**Blanket Bond:** $19,324,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/12 | | US Treasury | 2011 tax refund intercept | | | 3,151.00 | | 3,151.00 |
| | {10} | | excess exemptions | 1,272.26 | 1129-000 | | | 3,151.00 |
| | {11} | | excess exemptions | 1,878.74 | 1224-000 | | | 3,151.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,126.00 |
| 05/30/12 | {11} | Coreen Wagner | excess exemptions | | 1224-000 | 50.00 | | 3,176.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,151.00 |
| 06/27/12 | | Coreen Wagner | excess exemptions | | | 50.00 | | 3,201.00 |
| | {2} | | excess exemptions | 30.00 | 1129-000 | | | 3,201.00 |
| | {3} | | excess exemptions | 5.00 | 1129-000 | | | 3,201.00 |
| | {11} | | excess exemptions | 5.02 | 1224-000 | | | 3,201.00 |
| | {8} | | excess exemptions | 9.98 | 1129-000 | | | 3,201.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,176.00 |
| 07/27/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 50.00 | | 3,226.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,201.00 |
| 08/14/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 50.00 | | 3,251.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,226.00 |
| 09/19/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 50.00 | | 3,276.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,251.00 |
| 10/15/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 80.00 | | 3,331.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,306.00 |
| 11/20/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 50.00 | | 3,356.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,331.00 |
| 12/19/12 | {8} | Coreen Wagner | excess exemptions | | 1129-000 | 50.00 | | 3,381.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,356.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001061008088 20130117 | | 9999-000 | | 3,356.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 3,581.00 | 3,581.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 3,356.00 | |
| | **Subtotal** | | 3,581.00 | 225.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$3,581.00** | **$225.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 07/31/2013 04:01 PM　V.13.13

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-10162 | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|
| Case Name: | WAGNER, COREEN MARIE | Bank Name: | Rabobank, N.A. |
| | | Account: | ****436065 - Checking Account |
| Taxpayer ID #: | **-***2744 | Blanket Bond: | $19,324,000.00  (per case limit) |
| Period Ending: | 07/31/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,356.00 | | 3,356.00 |
| 01/22/13 | {8} | Coreen Wagner | excess exemptions | 1129-000 | 50.00 | | 3,406.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,396.00 |
| 02/21/13 | {8} | Coreen Wagner | excess exemptions | 1129-000 | 50.00 | | 3,446.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,436.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,426.00 |
| 04/05/13 | {8} | Coreen Wagner | excess exemptions | 1129-000 | 351.02 | | 3,777.02 |
| 05/28/13 | 11001 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $1,008.01, Trustee Compensation;  Reference: | 2100-000 | | 1,008.01 | 2,769.01 |
| 05/28/13 | 11002 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $7.56, Trustee Expenses;  Reference: | 2200-000 | | 7.56 | 2,761.45 |
| 05/28/13 | 11003 | Forrest C. Allred | Dividend paid 100.00% on $132.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 132.50 | 2,628.95 |
| 05/28/13 | 11004 | Forrest C. Allred | Dividend paid 100.00% on $3.60, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 3.60 | 2,625.35 |
| 05/28/13 | 11005 | Atlas Acquisitions LLC | Dividend paid   9.45% on $1,419.92; Claim# 2; Filed: $1,419.92; Reference: | 7100-000 | | 134.29 | 2,491.06 |
| 05/28/13 | 11006 | Discover Bank | Dividend paid   9.45% on $8,416.87; Claim# 4; Filed: $8,416.87; Reference: | 7100-000 | | 795.97 | 1,695.09 |
| 05/28/13 | 11007 | Communiity Memorial Hospital | Dividend paid   9.45% on $464.24; Claim# 5; Filed: $464.24; Reference: | 7100-000 | | 43.90 | 1,651.19 |
| 05/28/13 | 11008 | Asset Acceptance LLC | Dividend paid   9.45% on $1,303.19; Claim# 6; Filed: $1,303.19; Reference: | 7100-000 | | 123.24 | 1,527.95 |
| 05/28/13 | 11009 | Asset Acceptance LLC | Dividend paid   9.45% on $491.17; Claim# 7; Filed: $491.17; Reference: | 7100-000 | | 46.45 | 1,481.50 |
| 05/28/13 | 11010 | FIA CARD SERVICES, N.A. | Dividend paid   9.45% on $10,983.21; Claim# 8; Filed: $10,983.21; Reference: | 7100-000 | | 1,038.67 | 442.83 |
| 05/28/13 | 11011 | eCAST Settlement Corporation | Dividend paid   9.45% on $379.61; Claim# 9; Filed: $379.61; Reference: | 7100-000 | | 35.90 | 406.93 |
| 05/28/13 | 11012 | United Accounts, Inc. | Dividend paid   9.45% on $1,612.45; Claim# 10; Filed: $1,612.45; Reference: | 7100-000 | | 152.49 | 254.44 |
| 05/28/13 | 11013 | PYOD, LLC | Dividend paid   9.45% on $1,369.20; Claim# 11; Filed: $1,369.20; Reference: | 7100-000 | | 129.48 | 124.96 |
| 05/28/13 | 11014 | PYOD, LLC | Dividend paid   9.45% on $911.44; Claim# 12; Filed: $911.44; Reference: | 7100-000 | | 86.19 | 38.77 |
| 05/28/13 | 11015 | Jefferson Capital Systems LLC | Dividend paid   9.45% on $409.94; Claim# 13; Filed: $409.94; Reference: | 7100-000 | | 38.77 | 0.00 |

Subtotals :          $3,807.02          $3,807.02

{} Asset reference(s)

Printed: 07/31/2013 04:01 PM          V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-10162 | | **Trustee:** | Forrest Allred, Chapter 7 Trustee (610080) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WAGNER, COREEN MARIE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****436065 - Checking Account |
| **Taxpayer ID #:** | **-***2744 | | **Blanket Bond:** | $19,324,000.00   (per case limit) |
| **Period Ending:** | 07/31/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 3,807.02 | 3,807.02 | $0.00 |
| | | | Less: Bank Transfers | | 3,356.00 | 0.00 | |
| | | | **Subtotal** | | 451.02 | 3,807.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$451.02** | **$3,807.02** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******48-65** | 3,581.00 | 225.00 | 0.00 |
| **Checking # ****436065** | 451.02 | 3,807.02 | 0.00 |
| | **$4,032.02** | **$4,032.02** | **$0.00** |

{} Asset reference(s)

Printed: 07/31/2013 04:01 PM    V.13.13